**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Wayne Hall,<br><br>    Plaintiff,<br><br>v.<br><br>Lasalle Corrections West LLC, et al.,<br><br>    Defendants. | NO. CV-24-02107-PHX-SMM (MTM)<br><br>**MEMORANDUM OF DECISION AND ORDER** |

The matter was referred to Magistrate Judge Michael T. Morrissey. (Doc. 2.) On January 14, 2026, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 37). To date, no objections have been filed. The Magistrate Judge recommends that Plaintiff's claims against Defendants Does 1-6 be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the Court's Order and file a "Notice of Substitution" providing the actual names of Defendants Does 1-6. (Id.)

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo*

review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Moreover, Plaintiff failed to comply with the Court's Order and file a "Notice of Substitution" providing the actual names of the Defendants Does 1-6, and the time for doing so has now expired. (Doc. 37). Accordingly, the Court will dismiss Plaintiff's claims against Defendants Does 1-6 without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 37.)

**IT IS FURTHER ORDERED dismissing** Plaintiff's Second Amended Complaint (Doc. 11) **without prejudice** as to Defendants Does 1-6 under Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED dismissing** Defendants' Motion to Dismiss John Does #1-6 (Doc. 30) as **moot**.

Dated this 9th day of February, 2026.

_____
Stephen M. McNamee
Senior United States District Judge